**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST**, <br><br> Plaintiff, <br><br> *v.* <br><br> **ALL BEST CONTRACTORS CORPORATION,** et al., <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 24-6552-KSM** |

**ORDER**

**AND NOW** this 6th day of May, 2026, upon consideration of Plaintiff Selective Insurance Company of the Southeast's Motion for Default Judgment Against All Best Contractors Corporation (Doc. No. 18) and following a show cause hearing on April 15, 2026, it is **ORDERED** that the motion is **GRANTED** and **JUDGMENT** is entered against All Best Contractors Corporation.  Policy Number S 2518786 shall be deemed **RESCINDED**, such that Plaintiff has no duty to defend or indemnify All Best pursuant to that Policy.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment Against Defendant David W. Birnbaum, Esq., as Administrator of the Estate of Fabiano da Silva Gomes (Doc. No. 20) is **DENIED AS MOOT**.

The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
**KAREN SPENCER MARSTON, J.**